EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>José A. García Ortiz | 2010 TSPR 60<br><br>178 DPR _____ |

Número del Caso: TS-5945


Fecha: 22 de abril de 2010


Abogado de la Parte Peticionaria:

      Por derecho propio

Oficina de Inspección de Notarías:

      Lcda. Lourdes I. Quintana Lloréns
      Directora


Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

José A. García Ortiz                TS-5945

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 22 de abril de 2010.

Examinada la Moción de reinstalación presentada por el Sr. José A. García Ortiz y el Informe de la Directora de Inspección de Notaría, se autoriza la reinstalación del señor García Ortiz al ejercicio de la abogacía y la notaría.

Se le concede el término de 30 días al Lcdo. José A. García Ortiz, para contestar la querella CP-09-7 pendiente ante este Tribunal.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señor Rivera Pérez, señor Martínez Torres y señora Pabón Charneco proveerían no ha lugar.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo